UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

_____

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

       **v.**                                                                                  **ORDER**

**BRIAN DRAEGER, et al.,**                                       Criminal No.  05CR-52S(Sr)

       **Defendants.**

_____

       The status conference which was scheduled for October 19, 2005, is adjourned and is now scheduled for **October 26, 2005, at 10:15 a.m.**

       In accordance with the Second Circuit Speedy Trial Guidelines, Part I(C)(3)(a) and (b), and upon the authority of *United States v Piontek,* 861 F.2d 152, 154 (7th Cir., 1988); *United States v Montoya,* 827 F.2d 143, 153 (7th Cir., 1987); *United States v. Wilson,* 835 F2d 1440, 1444 (D.C. Cir., 1987; *United States v Tibboel,* 753 F.2d 608, 610 (7th Cir., 1985); and *United States v Jodoin,* 672 F.2d 232, 238 (1st Cir., 1982), the period of time from October 20, 2005, until October 26, 2005, is excluded under 18 U.S.C. § 3161(h)(8)(A).

      **SO ORDERED.**

                                                    /s/ H. Kenneth Schroeder, Jr.
                                                  **H. KENNETH SCHROEDER, Jr.**
                                                  **United States Magistrate Judge**

**DATED:**      **September 14, 2005**
                  **Buffalo, New York**